UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA L. RILEY o/b/o
ROBERT H. WALKER, deceased

    Plaintiff,        Case No. 1:05-CV-801

v.               Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

    Defendants.
               /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

    The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 8, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 8, 2007 (docket no. 12), is **APPROVED AND ADOPTED** as the opinion of the court.

    **IT IS FURTHER ORDERED** that the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).


Dated: January 31, 2007           /s/ Gordon J. Quist
                    GORDON J. QUIST
                   UNITED STATES DISTRICT JUDGE